# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DONNA WHITAKER | * | CIVIL NO. WDQ-14-1632 |
| Vs | * | |
| MAX REVENUE CORP | * | |

## ORDER OF DEFAULT

It appearing from the records and/or affidavit of Plaintiff that the Complaint and Summon were properly served upon the above name defendant on May 27, 2014 ; and that the time for said defendant to plead or otherwise defend expired on June 17, 2014, and that said defendant have failed to plead or otherwise defend as directed in said Summon and as provided by the Federal Rules of Civil Procedure. Therefore, upon the request of the Plaintiff, and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, it is ORDERED that the default for want of answer or other defense by said defendant is entered this 20th day of June, 2014.

FELICIA CANNON, CLERK OF COURT

By:       /s/
      Martina Smith
      Deputy Clerk