UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

DONNA WHITAKER

Plaintiff,

V().                                         CIVIL ACTION NO
                                             1:14-cv-01632-WDQ


MAX REVENUE CORP

    Defendant.                          JUNE 22, 2014

## NOTICE OF DISMISSAL

The Plaintiff respectfully requests the Court to close the above captioned matter **without** prejudice.


    THE PLAINTIFF

    BY/S/Bernard T. Kennedy
    Bernard T. Kennedy, Esquire
    The Kennedy Law Firm
    163 Mitchells Chance Road, #244
    Edgewater, MD 21037
    Ph   (443) 607-8901
    Fax (443) 440-6372
    Fed. Bar # Md26843
    bernardtkennedy@yahoo.com

*CERTIFICATION*

I hereby certify that on 7/22/14 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy