UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

"APPROVED"
7/23/14
Date

*William D. Quarles, Jr.*
United States District Judge

DONNA WHITAKER

Plaintiff,

V.
                    CIVIL ACTION NO
                    1:14-cv-01632-WDQ

MAX REVENUE CORP

Defendant.
                    JUNE 22, 2014

## NOTICE OF DISMISSAL

The Plaintiff respectfully requests the Court to close the above captioned matter **without** prejudice.

THE PLAINTIFF

BY/S/Bernard T. Kennedy
Bernard T. Kennedy, Esquire
The Kennedy Law Firm
163 Mitchells Chance Road, #244
Edgewater, MD 21037
Ph  (443) 607-8901
Fax (443) 440-6372
Fed. Bar # Md26843
bernardtkennedy@yahoo.com